**FILED**
MAY 15 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6 / ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BRANDON D. NIX,<br>　　　Petitioner,<br>　　　v.<br>MCDONALD, Warden,<br>　　　Respondent. | Case No.  CV 09-3229-DSF (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: 5/15/09

_Dale S. Fischer_
Dale S. Fischer
United States District Judge